IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv014

| | |
|---|---|
| DIRAN M. SEROPIAN, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>KATHLEEN SEBELIUS, as )<br>    Secretary of the United States )<br>    Department of Health and )<br>    Human Services, )<br>)<br>Defendant. )<br>) | **PROTECTIVE ORDER** |

**THIS MATTER** is before the Court *sua sponte* in connection with the potential applicability of a Standing Order of this District to this matter.

Plaintiff's *pro se* Complaint [Doc. 1] asserts, and the Clerk's office has internally categorized the matter as, a Medicare Recovery case. Based thereon the Court anticipates that certain documents or other information or materials in the encaptioned lawsuit will be exchanged and added to the record, which are confidential or contain confidential information. The District's Standing Protective Order Applicable to Social Security and ERISA Actions, dated April 21, 2005 and of record as General Order No. 3:05-MC-42 (hereinafter sometimes, "the Standing Order"), addresses the

heightened risks to confidentiality posed by certain categories of cases wherein similarly high volumes of sensitive personal, financial, and medical information are filed. That Standing Order has been treated as applicable to other Medicare Recovery cases in this District.  *See* 1:10cv076, Doc. 12.

The Court finds that the privacy needs of this Plaintiff and the interest of the Court in efficient disposition of this matter would best be met by the Court's extension of applicability of the Standing Order to this case.

**IT IS, THEREFORE, ORDERED** that the District's Standing Protective Order Applicable to Social Security and ERISA Actions, dated April 21, 2005 and of record as General Order No. 3:05-MC-42, is, in all respects practicable, applicable to this matter *nunc pro tunc* to the date of filing of the Complaint herein.  Any additional precautions and assistance normally provided by the Clerk's office for the confidentiality of information about *pro se* litigants in Social Security matters, shall be provided to the Plaintiff in this matter.  The Court further invites the District's consideration of adding the class of all Medicare benefits appeals to the Standing Order.

**IT IS SO ORDERED.**

Signed: February 8, 2011

Martin Reidinger
United States District Judge